WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)
Derek Etheridge (DE-9344)

Appearing Pro Se as a General Unsecured
   Creditor in the Source Entertainment, Inc.
   and Source Magazine, LLC Chapter 11 Cases

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :   Chapter 11 Case
In re:                              :   No. 06-11707(AJG)
                                    :
SOURCE ENTERPRISES, INC., et al.,   :   **JOINTLY ADMINISTERED**
                                    :
             Debtors.               :
                                    :
------------------------------------x

## NOTICE OF APPEAL

Petitioner, Windels Marx Lane & Mittendorf, LLP, appearing pro se as a general unsecured creditor in the Source Entertainment, Inc. and Source Magazine, LLC chapter 11 cases, hereby appeals, pursuant to 28 U.S.C. §158(a), to the United States District Court for the Southern District of New York from the Order of Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, dated and entered on October 1, 2007, which Order confirms the Debtors' Fourth Amended Plan of Reorganization, dated August 22, 2007, under Bankruptcy Code section 1129 and Bankruptcy Rule 3020.

{10419450:1}

The names of the parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel is as follows:

*Counsel to the Debtors*
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
(212) 696-6185
Attn: L.P. Harrison, 3rd, Esq.
      Jerrold Bregman, Esq.

*Appearing Pro Se*
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
(212) 237-1071
Attn: Charles E. Simpson, Esq.

OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500
Attn: Richard Morrissey, Esq.

*Counsel to Textron Financial Corporation*
PAUL, HASTINGS, JANOFSKY, & WALKER, LLP
75 East 55th Street
New York, New York 10022
(212) 318-6961
Attn: Kristine M. Shryock, Esq.

*Counsel to Official Committee of Unsecured Creditors of Source Enterprises, Inc.*
DLA PIPER US, LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4990
Attn: Thomas Califano, Esq.

*Counsel to Black Enterprise/Greenwich Street Corporate Growth Partners LLP*
SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP
4 Times Square
New York, New York 10036-6562
(212) 735-2424
Attn: J. Gregory St. Clair, Esq.

*Appellate Attorneys to Source Enterprises*
MORGAN, LEWIS BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attn: Edward Cerasia II, Esq.

*Counsel to the United States of America*
Michael J. Garcia
UNITED STATES ATTORNEY
86 Chambers Street, 6th Floor
New York, New York 10007
(212) 637-2725
Attn: Allison D. Penn, Esq.

*Counsel to L. Londell McMillan P.C. d/b/a*
*The McMillan Firm*
LEBOEUF, LAMB, GREENE & MACRAE LLP
125 West 55th Street
New York, New York 10019
(212) 696-6000
Attn: Samuel S. Kohn

*Counsel to David Mays*
LAW OFFICES OF DAVID J. FINKLER, P.C.
266 Harristown Road, Suite 203
Glen Rock, New Jersey 07452
(201) 689-0001
Attn: David J. Finkler, Esq.

Dated: New York, New York
       October 11, 2007

        **WINDELS MARK LANE & MITTENDORF, LLP**

        By: _____
            **Charles E. Simpson) (CES-2130)**
            **A Member of the Firm**

        156 West 56th Street
        New York, New York 10019
        (212) 237-1000

        Appearing <u>Pro Se</u> as a General Unsecured
        Creditor in the Source Entertainment,
        Inc. and Source Magazine, LLC Chapter
        11 Cases