```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WINDELS MARX LANE & MITTENDORF, LLP,:  07 Civ. 10375 (SHS)
                                       USBC 06-B-11707 (AJG)
             Appellant,           :

   -against-                          :    ORDER

SOURCE ENTERPRISES, INC., *ET AL.*,    :

             Appellees.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    An appeal having been filed on November 16, 2007 from the Order of Honorable Arthur J. Gonzalez, U.S. Bankruptcy Judge, dated October 1, 2007,

    IT IS HEREBY ORDERED that:

    1.    Appellant's brief is due on or before January 4, 2008;

    2.    Appellee's response is due on or before January 18, 2008; and

    3.    Any reply is due on or before February 1, 2008.

Dated: New York, New York
       December 5, 2007

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.