**WINDELS MARX LANE & MITTENDORF LLP**
156 West 56th Street
New York, N.Y. 10019
TEL: (212) 237-1000
FAX: (212) 262-1215

Derek Etheridge
212-237-1047
detheridge@windelsmarx.com

NEW BRUNSWICK, NJ
PRINCETON, NJ
FLORHAM PARK, NJ
STAMFORD, CT
BONITA SPRINGS, FL

*RECEIVED JAN - 2 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/2/08*

January 2, 2008

**VIA FACSIMILE**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Windels Marx Lane & Mittendorf, LLP v. Source Enterprises, Inc., Source Entertainment, Inc. and Source Magazine, LLC* (Docket No. 07cv10375)

Dear Judge Stein:

This firm is the *pro se* appellant, Windels Marx Lane & Mittendorf, LLP, in this matter, which is an appeal from the Bankruptcy Court for the Southern District of New York. The appeal was docketed on November 16, 2007 and was assigned to Your Honor.

We write to request an extension of time to file the Appellant Brief. According to the Scheduling Order dated December 5, 2007, the Appellant Brief is due on January 4, 2008. We respectfully request that Your Honor consent to a modification of the Scheduling Order that would make the Appellant Brief due on or before January 15, 2008, the Appellee Brief due on or before January 29, 2008, and Appellant's Reply Brief, if any, due on or before February 14, 2008. No prior modifications to the Scheduling Order have been requested.

Respectfully yours,

Derek Etheridge

DE:mvr

cc: Lynn P. Harrison, Esq. (via electronic mail)

SO ORDERED 1/2/08
Sidney H. Stein
U.S.D.J.

{10430743:1}