**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)
Derek Etheridge (DE-9344)

Appearing *Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
WINDELS MARX LANE & MITTENDORF, LLP,:     07 Civ. 10375 (SHS)
                                                                :     USBC 06-B-11707 (AJG)
                           Appellant,          :
                                                                :
           -against-                                    :
                                                                :
SOURCE ENTERPRISES, INC., et al.,     :
                                                                :
                           Appellees.          :
----------------------------------------------------------------x

STATE OF NEW YORK    )
                                          : ss.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

**MARIA VITALE-RULLO**, being duly sworn, deposes and says:

1. I am employed by the firm of Windels Marx Lane & Mittendorf, LLP, I am not a party to this action, am over 18 years of age and reside at Queens County, New York.

2. On January 16, 2008, I caused to be served by regular mail the **APPELLANT'S BRIEF** upon the following:

> **CURTIS, MALLET-PREVOST, COLT & MOSLEY LLP**
> 101 Park Avenue
> New York, New York 10178-0061
> Attn: Lynn P. Harrison, III, Esq.
> *Attorneys for Debtors*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036-6562
Attn: Gregory S. Clair, Esq.
*Attorneys for Black Enterprise/Greenwich Street Corporate Growth Partners LP*

at the addresses designated by said persons and/or entities for that purpose, by causing the depositing of true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

MARIA VITALE-RULLO

Sworn to before me this
16th day of January, 2008

Notary Public

DEREK ETHERIDGE
Notary Public, State of New York
No. 02-ET6118250
Qualified in New York County
My Commission Expires 11/01/2008

{10433199:1}   2