

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

**WINDELS MARX LANE & MITTENDORF**
156 West 56th Street
New York, New York 10019

TELEPHONE: 212.237.1000
FACSIMILE: 212.262.1215

Derek Etheridge
212-237-1073
detheridge@windelsmarx.com

NEW BRUNSWICK, NJ
PRINCETON, NJ
FLORHAM PARK, NJ
STAMFORD, CT
BONITA SPRINGS, FL

February 13, 2008

**VIA FACSIMILE**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Windels Marx Lane & Mittendorf, LLP v. Source Enterprises, Inc., Source Entertainment, Inc. and Source Magazine, LLC* (Docket No. 07cv10375)

Dear Judge Stein:

    This firm is the *pro se* Appellant in this matter, which is an appeal from the Bankruptcy Court for the Southern District of New York. The appeal was docketed on November 16, 2007 and is being presided over by Your Honor. Both the Appellant and the above-referenced Appellee have heretofore filed briefs in this case.

    We write to request an extension of time to file the Appellant's Reply Brief, which presently has a return date of February 14, 2008, to a new return date of February 22, 2008. No prior adjournments have been requested with respect to the Appellant's Reply Brief.

                          Respectfully yours,

                           Derek Etheridge

DE:mvr

cc: Lynn P. Harrison, Esq. (via electronic mail)

SO ORDERED 2/13/08

SIDNEY H. STEIN
U.S.D.J.

{10437715;1}